# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NAIYANA V. GRAVELY, D.O., <br><br> Plaintiff, <br><br> v. <br><br> ALAINA M. THIEL, M.D., KATHLEEN M. FAY, M.D., MELANIE K. BORTELL, D.O., CYNTHIA S. KELLEY, D.O., PAUL D. CHENOWITH, D.O., and SUMMA HEALTH SYSTEM, <br><br> Defendants. | Case No.  1:22-cv-01588-CEF <br><br> Hon. Charles Esque Fleming |

## NOTICE OF CHANGE OF ADDRESS

Please be advised of the following address change effective upon filing with the Clerk:

**Former Address:**

Johanna Fabrizio Parker
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jparker@beneschlaw.com


**Current Address:**

Johanna Fabrizio Parker
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jparker@beneschlaw.com


Information including email, fax, and telephone remain the same.

|  | Respectfully submitted, |
|---|---|
| Dated: July 26, 2023 | */s/ Johanna Fabrizio Parker*<br>Johanna Fabrizio Parker (0071236)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114-1284<br>Telephone: 216.363.4500<br>Facsimile: 216.363.4588<br>Email: jparker@beneschlaw.com<br><br>*One of the attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Johanna Fabrizio Parker*
Johanna Fabrizio Parker (0071236)