**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| NAIYANA V. GRAVELY, D.O., | |
| Plaintiff, | Case No. 1:22-cv-01588-CEF |
| v. | Hon. Charles Esque Fleming |
| ALAINA M. THIEL, M.D., KATHLEEN M. FAY, M.D., MELANIE K. BORTELL, D.O., CYNTHIA S. KELLEY, D.O., PAUL D. CHENOWITH, D.O., and SUMMA HEALTH SYSTEM, | |
| Defendants. | |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised of the following address change effective upon filing with the Clerk:

**Former Address:**

Christopher W. Pendleton
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: cpendleton@beneschlaw.com


**Current Address:**

Christopher W. Pendleton
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: cpendleton@beneschlaw.com


Information including email, fax, and telephone remain the same.

                Respectfully submitted,

Dated: July 26, 2023       */s/ Christopher W. Pendleton*
                Christopher W. Pendleton (100791)
                BENESCH, FRIEDLANDER, COPLAN &
                ARONOFF LLP
                127 Public Square, Suite 4900
                Cleveland, Ohio 44114-1284
                Telephone: 216.363.4500
                Facsimile: 216.363.4588
                Email: cpendleton@beneschlaw.com

                *One of the attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 26, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ Christopher W. Pendleton*
                Christopher W. Pendleton (100791)