**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| NAIYANA V. GRAVELY, D.O., <br><br> Plaintiff, <br> v. <br><br> MELANIE K. BORTELL, D.O., CYNTHIA S. KELLEY, D.O., PAUL D. CHENOWITH, D.O., and SUMMA HEALTH SYSTEM, <br><br> Defendants. | Case No. 1:22-cv-01588-CEF <br><br> Hon. Charles Esque Fleming <br><br> IT IS SO ORDERED. <br> s/Charles E. Fleming <br> United States District Judge <br> Dated: May 29, 2024 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff's claims in the above-captioned matter are dismissed WITH PREJUDICE. Each party to pay its own fees, costs and any other litigation expenses.

Dated: May 29, 2024

Respectfully submitted,

*/s/ Jared S. Klebanow (per consent)*
Jared S. Klebanow (0092018)
Klebanow Law, LLC
701 The City Club Building
850 Euclid Avenue
Cleveland, Ohio 44114
Telephone: (216) 621-8230
Email: jklebanow@klebanowlaw.com

*Attorney for Plaintiff Naiyana Gravely*

*/s/ Johanna Fabrizio Parker*
Johanna Fabrizio Parker (0071236)
Christopher W. Pendleton (100791)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:   jparker@beneschlaw.com
            cpendleton@beneschlaw.com

*Attorneys for Defendants Summa Health System,*
*Melanie Bortell, Cynthia Kelley and Paul Chenowith*